

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amy L. Wade<br><br>Plaintiff,<br><br>V.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security<br><br>Defendant. | Civil Action No. 16-cv-01163-CAB-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby: (1) Adopts Magistrate Judge Schopler's report and recommendation; (2) Denies Plaintiff's motion for summary judgment; and (3) Grants Defendant's cross-motion for summary judgment. This Order concludes the litigation in this matter. The Clerk shall close the file. It Is So Ordered.

Date: 2/20/18

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez
J. Gutierrez, Deputy